460

Respondent.— Motion to dismiss purported notice of appeal dated March 22, 1961. Motion granted, without costs.

■ In the Matter of ANTHONY M. PALERMO, Appellant, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Stay granted, upon condition that petitioner-appellant shall file record on review, brief, note of issue and is ready for argument at the term to commence September 6, 1961.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HARRIS, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID COHEN, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHESTER LEE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO GOLDMAN, Also Known as DAN A. MITCHELL, Appellant. (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERTO ESTRADA, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (F) THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDMUND BANKS, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (G) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW SEARLES, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent. (H) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY KLEIN, Also Known as RICHARD CARR, Appellant. (I) THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEOPHILUS WARD, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent. (J) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH WINTER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ (A) ADMIRAL CORPORATION, Appellant, v. REINES DISTRIBUTORS, INC., Respondent. ADMIRAL CREDIT CORPORATION, Appellant, v. REINES DISTRIBUTORS, INC., Respondent. (B) In the Matter of the Claim of THEODORE TREWILER, Respondent, v. REPUBLIC LIGHT, HEAT & POWER Co. et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (C) L. G. DE FELICE & SON, INC., Appellant, v. NEW YORK STATE THRUWAY AUTHORITY, Respondent.— [In each action] Motion for reargument or permission to appeal to the Court of Appeals denied, without costs.

■ RUTH FAIRMAN, as Administratrix of the Estate of ETHAN FAIRMAN, Deceased, Respondent, v. HAROLD ARMSTRONG, as Executor of RHODA A. KEYSER, Deceased, et al., Appellants.— Motion to dismiss appeal granted, by default, without costs. Motion for an order directing the executor to make, execute and deliver a warranty deed to respondent administratrix, denied.

■ In the Matter of JAMES F. MACCRACKEN, Petitioner, v. JAMES A. LUNDY et al., Constituting the Public Service Commission of the State of New York, Respondents.— Motion to dismiss proceeding granted, by default, without costs.

■ CLARA GOODLETT, Appellant, v. LILLIAN RANDOLPH, Respondent.— Motion to dismiss appeal denied, without costs. Motion for permission to prosecute appeal as a poor person granted.

■ In the Matter of the Claim of JOSEPH BERRIGAN, Appellant, v. HORNELL BREWING Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs.

■ (A) In the Matter of NEW HIGHWAY WATER WORKS, INC., Petitioner, v. WATER RESOURCES COMMISSIONERS OF THE DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK et al., Respondents. (B) In the Matter of HAWK